# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>DAVID MEDINA GONZALEZ,<br><br>　　　　Defendant. | Case No. 22-cr-1894-JLS<br><br>**ORDER GRANTING THE JOINT MOTION TO CONTINUE THE MOTION HEARING/TRIAL SETTING AND EXCLUDING TIME** |

Based on the parties' joint motion, and for good cause appearing, the Court **GRANTS** the joint motion and **ORDERS** that the motion hearing/trial setting currently scheduled for September 23, 2022 at 1:30 pm be vacated and continued to October 28, 2022 at 1:30 pm.

For the reasons set forth in the joint motion, time is excluded under the Speedy Trial Act in the interests of justice. *See* 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated: September 20, 2022

　　　　　　　　　　　　　　　　　　　　　　　　*Janis L. Sammartino*
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Janis L. Sammartino
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge