# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22-cr-1894-JLS |
| Plaintiff, | **ORDER GRANTING THE JOINT MOTION TO CONTINUE THE MOTION HEARING/TRIAL SETTING AND EXCLUDE TIME** |
| v. | |
| DAVID MEDINA GONZALEZ, | |
| Defendant. | |

Based on the parties' joint motion, and for good cause appearing, the Court **GRANTS** the joint motion and **ORDERS** that the motion hearing/trial setting currently scheduled for October 28, 2022 at 1:30 pm be vacated and continued to November 10, 2022 at 1:30 pm.

Time is excluded under the Speedy Trial Act based on the pending motion and in the interests of justice. *See* 18 U.S.C. § 3161(h)(1), 18 U.S.C. § 3161(h)(7)(A).

**IT IS SO ORDERED.**

Dated: October 25, 2022

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge