# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA
## (HONORABLE JANIS L. SAMMARTINO)

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 22CR1894-JLS |
| Plaintiff, | |
| v. | **ORDER CONTINUING MOTION HEARING** |
| DAVID MEDINA-GONZALEZ, | |
| Defendant. | |

Pursuant to joint motion, **IT IS HEREBY ORDERED** that the *Motion Hearing/Trial Setting* in this case be continued from November 10, 2022 at 1:30 p.m. to November 18, 2022 at 1:30 p.m. For the reasons set forth in the Joint Motion, time is excluded in the interest of justice, under the Speedy Trial Act, 18 U.S.C. 3161(h)(7).

**SO ORDERED.**

Dated: November 7, 2022

Hon. Janis L. Sammartino
United States District Judge